**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 26-cr-20735
Hon. Matthew F. Leitman

v.

SARBELIO MURILLO-CASTRO,

Defendant.
_______________________________________/

**ORDER GRANTING EX PARTE MOTION TO ALLOW COUNSEL TO BRING A LAPTOP, TABLET, AND ELECTRONIC MEDIA STORAGE INTO SANILAC COUNTY JAIL DURING PROFESSIONAL VISITS**

Discovery materials involving the instant case has or will be provided to counsel in electronic format by the United States Government. This Court finds it reasonable and necessary to enter an order allowing counsel Robert Burton-Harris to bring a laptop, tablet, and electronic media storage during professional visits at Sanilac County Jail, or any facility at which Sarbelio Murillo-Castro may be detained, to review and discuss discovery materials and prepare for trial with his attorney.

**IT IS HEREBY ORDERED** that counsel, Robert Burton-Harris, may bring a laptop, tablet, and electronic storage media into Sanilac County Jail or any facility at which Mr. Murillo-Castro may be detained, during professional visits for reviewing and discussing discovery materials in this case.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 5, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126